Harry S. Stewart, plaintiff in error, v. Emily H. Junkin, defendant in error. Gen. No. 27,488.

Action upon a promissory note. Judgment for defendant. Error to the Municipal Court of Chicago; the Hon. John A. Swanson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed November 8, 1922.

Good, Childs, Bobb & Wescott, for plaintiff in error; Harold G. Townsend, of counsel. Ryan, Condon & Livingston, for defendant in error.

Mr. Justice Morrill delivered the opinion of the court.

---

American Bonding and Casualty Company, v. Chicago Bonding and Insurance Company et al., on appeal of Roberts & Heath, Inc., appellant, v. Leonard A. Brundage, receiver, appellee. Gen. No. 27,581.

Action for unearned premiums on various insurance policies rendered null and void by the insolvency of defendants. Claim of appellant allowed in part and disallowed in part. (See 226 Ill. App. 475.) Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed November 8, 1922. Rehearing denied November 21, 1922.

A. A. McKinley, for appellant. Stanley A. Armstrong and Charles L. Makemson, for appellee; Emil C. Wetten, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

---

Alfred Klingbeil, by Fred Klingbeil, appellant, v. The Lederer Company, appellee. Gen. No. 27,603.

Action by a minor for personal injuries received in a fall into an elevator shaft on premises owned by defendant. Judgment for defendant on a directed verdict. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed and remanded. Barnes, P. J., dissenting. Opinion filed November 8, 1922. Rehearing denied November 21, 1922.

Poulton & Green, for appellant; John J. Poulton, of counsel. John A. Bloomingston, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

Carl Weiland, appellee, v. Chris G. Steger et al., appellants. Gen. No. 27,613.

Action for personal injuries to plaintiff while working as a farm laborer for defendants' testator. Judgment for plaintiff after a remittitur from the verdict. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed with finding of facts. Opinion filed November 8, 1922.

Edward W. Rawlins and Donald H. Mann, for appellants. David K. Tone, Marcus J. Golden and Charles Horgan, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

The People of the State of Illinois ex rel. John B. Hittell, appellee, v. City of Chicago et al., appellants. Gen. No. 27,655.

Mandamus directing the civil service commission of the city of

Chicago and the board of local improvements to restore petitioner to the position of chief street engineer for the board. Appeal from the Circuit Court of Cook county; the Hon. Philip L. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed November 8, 1922. Rehearing denied November 21, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Samuel A. Ettelson, for appellants; Hervey C. Foster, of counsel. Morris Frisch, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

**T. Barrett Smith, appellee, v. John Rodgers and Harry Harris, trading as Harris & Rodgers, appellants. Gen. No. 27,680.**

Action to recover for false representations made to plaintiff in the sale of an automobile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed November 8, 1922.

Freundlich & Froehlich, for appellants. Felsenthal, Struckmann & Berger, for appellee; George W. Struckmann, of counsel.

Mr. Justice Morrill delivered the opinion of the court.

---

**Charles Sorge et al., appellees, v. John E. Tillotson, appellant. Gen. No. 27,692.**

Suit for the surrender and cancellation of a lease as a cloud on the title of complainant and for the surrender of the premises. Decree for complainant. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Affirmed. Opinion filed November 8, 1922.

Charles L. Cohns, for appellant. Newton R. Gilmore and Daniel Webster, for appellees.

Mr. Justice Morrill delivered the opinion of the court.

---

**Alexander Hamilton, appellee, v. Fred W. Upham, appellant. Gen. No. 27,705.**

Action for personal injuries received by plaintiff while working on a lumber pile. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Marcus Kavanagh, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1922. Reversed with finding of facts. Opinion filed November 8, 1922.

Wilkerson, Cassels, Potter & Gilbert, for appellant; Ralph F. Potter and Kenneth B. Hawkins, of counsel. Edward D. Pomeroy and Henry T. Martin, for appellee.

Mr. Justice Morrill delivered the opinion of the court.

---

**Continental and Commercial Trust and Savings Bank, administrator of the estate of Harold S. Kneeland, deceased, appellee, v. Chicago and West Towns Railway Company, appellant. Gen. No. 27,714.**

Action for wrongful death caused by negligent operation of defendant's car. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding.